**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

ANDRE JOHNSON

CIVIL ACTION

VERSUS

19-734-SDD-SDJ

DERRICK DAVIS

## RULING

The Court has carefully considered the *Complaint*[1] filed by the Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson, dated July 20, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over any potential state law claims.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Derrick Davis for denial of access to the courts, deliberate indifference, and procedural due process violations in connection with Plaintiff's confinement in administrative segregation, as well as Plaintiff's claims for monetary relief against Derrick Davis in his official capacity are DISMISSED, WITH PREJUDICE, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 9.
[3] Rec. Doc. 11.

**IT IS FURTHER ORDERED** that this matter be referred to the magistrate judge for further proceedings on Plaintiff's remaining claims, i.e., Plaintiff's claims for declaratory relief and for monetary damages against Derrick Davis in his individual capacity for the claims of excessive force occurring on October 21, 2018. An *Order* regarding service of process of the excessive force claims against Derrick Davis will be issued separately.

Signed in Baton Rouge, Louisiana on <u>July 23, 2020</u>.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**