UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDRE JOHNSON (#375946)

VERSUS

DERRICK DAVIS, ET AL

CIVIL ACTION

19-734-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Scott D. Johnson dated June 1, 2022, to which an Objection[2] was filed and considered.

The Court also reviewed and considered the "Notice of Compliance" and Exhibits[3] which reveal that in August 2021 and May 2022 Plaintiff requested the named defendant's address from LSP. Plaintiff moves the Court to obtain the Defendant Davis address form LSP Plaintiff moves the Court to "Send LSP Exhibit C [request for last known address of Defendant Derrick Davis] since they will not respond to me".[4] The Court does not find any reasonable prospect that service will be perfected.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

---

[1] Rec. Doc. 20.
[2] Rec. Doc. 22.
[3] Rec. Doc. 21
[4] Rec. Doc. 21

ACCORDINGLY,

**IT IS HEREBY ORDERED** that Plaintiff's claims are DISMISSED WITH PREJUDICE for failure to timely effect service upon Defendant Derrick Davis and this matter shall be closed.

Signed in Baton Rouge, Louisiana the 28 day of September, 2022.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA